IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mioni, Joseph M

Printed: 1/15/08

Case Number: 04 B 18608
Judge: Squires, John H
Filed: 5/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 7, 2007
Confirmed: July 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,860.20 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,692.04 |
| Priority: |  | 122.47 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 245.49 |
| Other Funds: |  | 0.20 |
| Totals: | 4,860.20 | 4,860.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,800.00 | 1,800.00 |
| 2. | Cook County Department of Rev | Priority | 122.47 | 122.47 |
| 3. | First Bank | Unsecured | 1,175.82 | 1,429.70 |
| 4. | Francis H Rechtien | Unsecured | 374.46 | 381.75 |
| 5. | ECast Settlement Corp | Unsecured | 537.41 | 653.47 |
| 6. | First Consumers National Bank | Unsecured | 186.69 | 227.12 |
| 7. | Charter One Bank | Unsecured |  | No Claim Filed |
| 8. | Perimeter Credit | Unsecured |  | No Claim Filed |
| 9. | Nicor Gas | Unsecured |  | No Claim Filed |
| 10. | Northshore | Unsecured |  | No Claim Filed |
| 11. | North Shore Cardiologists | Unsecured |  | No Claim Filed |
| 12. | Telecheck | Unsecured |  | No Claim Filed |
| 13. | State of Illinois | Unsecured |  | No Claim Filed |
| 14. | North Shore Medical Associatio | Unsecured |  | No Claim Filed |
| 15. | Northwest Community Hospital | Unsecured |  | No Claim Filed |
| 16. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 17. | American Family Insurance | Unsecured |  | No Claim Filed |
| 18. | Pro Med Paramedic | Unsecured |  | No Claim Filed |
| 19. | North Shore Cardiologists | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 4,196.85 | $ 4,614.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 13.54 |
| 6.5% | 36.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mioni, Joseph M

Printed: 1/15/08

Case Number: 04 B 18608
Judge: Squires, John H
Filed: 5/12/04

|      |        |
|-----:|-------:|
| 3%   |   6.26 |
| 5.5% |  35.36 |
| 5%   |  70.79 |
| 4.8% |  31.87 |
| 5.4% |  51.08 |
|      | _____ |
|      | $ 245.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

